## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 952 | **DATE** | 2/26/2008 |
| **CASE TITLE** | Herbert VanStephens   vs   Choice Point Workplace Solutions, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is granted.     Summons to issue

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

Case 1:08-cv-00952    Document 6    Filed 02/26/2008    Page 1 of 1

Page 1 of  1