## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERBERT VANSTEPHENS, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | No. 08 C 952 |
| v. : | |
| : | |
| CHOICEPOINT WORKPLACE SOLUTIONS, : | |
| INC., : | |
| : | |
| Defendants. : | |

## CORPORATE AND BUSINESS
## IDENTITY DISCLOSURE STATEMENT

Defendant ChoicePoint Workplace Solutions Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, states as follows for its Corporate Disclosure Statement:

Choicepoint Workplace Solutions Inc. is a wholly owned subsidiary of Choicepoint Services Inc.  ChoicePoint Services Inc.'s parent company is ChoicePoint Inc., who is a publicly traded company owning a 10% or greater ownership interest in ChoicePoint Service's Inc.'s stock.

DATED: March 31, 2008                     Respectfully submitted,

                                                    CHOICEPOINT WORKPLACE SOLUTIONS INC.

                                                    By: _____
                                                                s/One of Its Attorneys

Richard B. Lapp
Pamela Q. Devata
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois  60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

## CERTIFICATE OF SERVICE

Pamela Q. Devata, an attorney, certifies that he caused a true and correct copy of the foregoing Corporate and Business Identity Disclosure Statement, to be served upon the following, via ECF notification on this 31st day of March, 2008:

>   Marie Claire Tran, Esq.
>   Christopher Wilmes, Esq.
>   Legal Assistance Foundation of Metropolitan Chicago
>   111 W. Jackson Blvd.
>   Third Floor
>   Chicago, IL  60604

_____
s/One of Its Attorneys