## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 08 C 952

HERBERT VANSTEPHENS V. CHOICEPOINT
WORKPLACE SOLUTIONS INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, ChoicePoint Workplace Solutions Inc.

| | |
|---|---|
| **NAME** (Type or print)<br> Christopher J. DeGroff | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br> s/  Christopher J. DeGroff | |
| **FIRM**<br> Seyfarth Shaw LLP | |
| **STREET ADDRESS**<br> 131 S. Dearborn Street, Suite 2400 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br> 6244447 | **TELEPHONE NUMBER**<br> 312-460-5982 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐