IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT VANSTEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 CV 952 |
| | ) | |
| v. | ) | |
| | ) | |
| CHOICEPOINT WORKPLACE SOLUTIONS, INC., | ) | Judge Robert Gettleman |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Richard B. Lapp
Pamela Q. Devata
Christopher DeGroff
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603


PLEASE TAKE NOTICE that on July 23, 2008 at 9:15 a.m., one of Plaintiff's attorneys shall present the attached Motion for Leave to File an Amended Complaint to Judge Robert Gettleman in Courtroom 1703 of the Dirksen Building located at 219 S. Dearborn, Chicago, IL 60604.

　　　　　　　　　　　　　　　　　　　__s/Christopher Wilmes__
　　　　　　　　　　　　　　　　　　　Christopher Wilmes
　　　　　　　　　　　　　　　　　　　Legal Assistance Foundation of
　　　　　　　　　　　　　　　　　　　Metropolitan Chicago
　　　　　　　　　　　　　　　　　　　111 W. Jackson Blvd. Third Floor
　　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　　(312) 347-8371
　　　　　　　　　　　　　　　　　　　Attorney No. 6287688