IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERBERT VANSTEPHENS,<br><br>               Plaintiff,<br><br>V.<br><br>CHOICEPOINT WORKPLACE<br>SOLUTIONS INC.,<br>               Defendant. | NO. 08-CV-00952<br><br>Judge Robert Gettleman |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Herbert Vanstephens, by his attorneys, moves the Court for leave to file an Amended Complaint, a copy of which is attached as Exhibit 1. The grounds for this motion are as follows:

1. Plaintiff recently learned that Defendant ChoicePoint Workplace Solutions Inc. entered a contract with the Cook County Clerk of the Circuit Court, agreeing, among other things, to keep current the criminal records that it received from the Clerk whenever it disseminated those criminal records to third-parties. More specifically, Defendant agreed not to disseminate expunged or sealed records in its criminal background check reports.

2. These and other additional facts merit the assertion of an additional theory of relief – namely, that Plaintiff is a third party beneficiary to the contract between Defendant and the Clerk and that he suffered injury because of Defendant's breach of that contract.

3. It is well established that in considering a motion for leave to file an amended pleading, "the court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2);

*see also Rohler v. TRW, Inc.*, 576 F.2d 1260, 1266 (7th Cir. 1978) ("[L]eave to amend a complaint shall be freely given when justice so requires.").

## Conclusion

For the foregoing reasons, the Court should grant Plaintiff's Motion for Leave to File Amended Complaint.

s/ Christopher Wilmes
One of the Plaintiff's Attorneys

Christopher Wilmes
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8371
Attorney No. 6287688

Timothy Huizenga
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8377
Attorney No. 3125127

Marie Claire Tran
Sargent Shriver National Center on Poverty Law
50 E. Washington St., Suite 500
Chicago, IL 60602
(312) 263-3830
Attorney No. 6293967