# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Herbert Vanstephens

                              Plaintiff,

v.                                           Case No.: 1:08−cv−00952
                                            Honorable Robert W. Gettleman

Choicepoint Workplace Solutions Inc

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision and settlement. (gds,) Mailed notice.

Dated: July 25, 2008

                                                                  /s/ Robert W. Gettleman

                                                                   United States District Judge