## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 952 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Herbert VanStephens    vs    Choicepoint Workplace Solutions | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Plaintiff's motion [19] for leave to file an amended complaint is granted.  Responsive pleading thereto is due by 9/5/2008.  Status hearing continued to 9/9/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|