### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HERBERT VANSTEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 952 |
| | ) | |
| v. | ) | |
| | ) | |
| CHOICEPOINT WORKPLACE | ) | Judge Robert Gettleman |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED COMPLAINT

This lawsuit is brought to redress Defendant's violations of the Fair Credit Reporting Act,

15 U.S.C. § 1681, *et seq.*, and Defendant's breach of contract, which have caused Plaintiff,

Herbert Vanstephens, to suffer lost wages and substantial emotional distress.

#### Parties

1.    Plaintiff, Herbert Vanstephens, is a resident of the Northern District of Illinois.

2.    Defendant, ChoicePoint Workplace Solutions, Inc. ("ChoicePoint"), is a corporation

      headquartered near Atlanta, Georgia and is a consumer reporting agency as defined by 15

      U.S.C. § 1681a.

#### Jurisdiction

3.    The Court has jurisdiction of this matter under 28 U.S.C. § 1331 and 28 U.S.C § 1367.

4.    Venue is proper in the Northern District of Illinois because the claim arose in that judicial

      district. *See* 28 U.S.C. § 1391(b).

#### Jury Demand

5.    Mr. Vanstephens demands a trial by jury on each and every claim to which he is so

entitled.

### Factual Allegations

6.     In February 2007, Plaintiff, Herbert Vanstephens, applied for a job as a store manager at After Hours Formalwear, located at 1201 N. Wells, Chicago, Illinois, 60610.  On March 3, 2007, an After Hours district manager interviewed Mr. Vanstephens for the position and subsequently offered him the job, conditioned on the results of a criminal background check.

7.     In April 2007, After Hours hired Defendant, ChoicePoint, to perform a criminal background check on Mr. Vanstephens.

8.     In April 2007, Defendant performed a criminal background check on Mr. Vanstephens and submitted the results to After Hours.  Defendant's criminal background check report (a consumer report as defined by 15 U.S.C. § 1681a) indicated that in December 2002, a Cook County judge sentenced Mr. Vanstephens to court supervision on a criminal charge of felony theft.

9.     The background check report that Defendant provided After Hours was not accurate for at least two reasons.  First, in 2002, Mr. Vanstephens was sentenced to court supervision for a misdemeanor criminal charge, not a felony charge.  Additionally, Mr. Vanstephens's criminal records were expunged from the Cook County Criminal Court database before April 2007.

10.    Before Defendant performed a criminal background check report on Mr. Vanstephens for After Hours, the Cook County Clerk of the Circuit Court ("Clerk") notified Defendant that Mr. Vanstephens's record had been expunged.

11.    Soon after receiving Defendant's background check report, After Hours decided not to

hire Mr. Vanstephens.  It mailed Mr. Vanstephens a letter, dated April 10, 2007, stating

that it could not to hire him "in whole or in part" because of Defendant's background

check report.

12.    In April 2007, Mr. Vanstephens contacted Defendant by telephone and disputed the

accuracy of the background check report that it sent to After Hours.  Specifically, Mr.

Vanstephens informed Defendant that his 2002 misdemeanor charge had been expunged

by court order.

13.    After Mr. Vanstephens contacted Defendant in April 2007, Defendant did not conduct a

reasonable reinvestigation to determine whether the information that it provided After

Hours was accurate.  In fact, Defendant did not clear the expunged record from its

database until August 2007, more than thirty days after it was notified of the inaccuracy.

14.    By the time Defendant fixed its records in August 2007, After Hours was no longer hiring

for the position to which Mr. Vanstephens applied.

15.    When Defendant issued a criminal background check report on Mr. Vanstephens to After

Hours, the Defendant and Clerk were parties to a contract setting out the terms by which

the Clerk would disseminate bulk data to Defendant ("the Contract").  *See* Exhibit A.

16.    In the Contract, Defendant agreed "to keep court record data current as of the date of

dissemination."  The Defendant further agreed not to disseminate court data unless it was

"in full and current compliance with all laws, court rules, and court orders concerning the

sealing, impounding, and expunging of court records."  *Id.*

17.    Mr. Vanstephens was an intended third-party beneficiary of the Contract.  In other words,

3

the Clerk and Defendant entered into the Contract for the direct benefit of Plaintiff

## Count One - Fair Credit Reporting Act

18.     Defendant willfully or, in the alternative, negligently failed to establish and follow
reasonable procedures to assure maximum possible accuracy of the information that it
reported to After Hours. *See* 15 U.S.C. § 1681e(b). Among other things, Defendant
should have established and followed procedures to ensure that when employers
requested Cook County criminal record information, Defendant reviewed and verified
that it was distributing the most accurate information possible regarding the individual(s)
in question.

19.     Defendant willfuly, or, in the alternative, negligently failed to conduct a reasonable
investigation, within thirty days of Mr. Vanstephens's April 2007 phone call, to
determine whether it had reported inaccurate information to After Hours. *See* 15 U.S.C. §
1681i(a).

20.     As a result of Defendant's willful or, in the alternative, negligent violations of 15 U.S.C.
§ 1681e(b) and § 1681i(a), Mr. Vanstephens has suffered lost wages and emotional
distress. *See* 15 U.S.C. § 1681n & o.

## Count Two - Breach of Contract

21.     Defendant breached the Contract by, among other things, reporting expunged criminal
record information about Mr. Vanstephens to After Hours.

22.     Mr. Vanstephens was an intended third-party beneficiary of the Contract.

23.     Defendant's breach of the Contract caused Mr. Vanstephens to suffer lost wages and
emotional distress.

## Prayer for Relief

**WHEREFORE,** Plaintiff prays that this Court enter judgment in his favor and against Defendant and award him:

A.   Monetary damages to compensate him for his lost wages and emotional distress;

B.   Punitive damages to deter such willful conduct in the future;

C.   His court costs and the attorneys' fees incurred by his attorneys employed by the

Sargent Shriver National Center on Poverty Law;

D.   Any other relief this Court deems just.


                                                                    s/ Christopher Wilmes
                                                    One of the Plaintiff's Attorneys

Christopher Wilmes
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8371
Attorney No. 6287688

Timothy Huizenga
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson Blvd. Third Floor
Chicago, IL 60604
(312) 347-8377
Attorney No.3125127

Marie Claire Tran
Sargent Shriver National Center on Poverty Law
50 E. Washington St., Suite 500
Chicago, IL 60602
(312) 263-3830
Attorney No. 6293967

# CLERK OF THE CIRCUIT COURT
# COOK COUNTY, ILLINOIS
### Management Information Systems Division
### Request for Bulk Data Dissemination

## Bulk Data Dissemination Application and Agreement

This Bulk Dissemination of Data Application, Estimate and Agreement is made this _____ day of _____, 20 ____ by and\ between the Clerk of the Circuit Court of Cook County, Illinois (hereinafter referred to as the "Clerk") and _____ (hereinafter referred to as "Requester"). The purpose of this document is to establish the terms and conditions under which the Clerk agrees to disseminate bulk data.

### General Policy Statement

The request is subject to approval and performance under the Constitution and laws of the state of Illinois, the Rules of the Illinois Supreme Court, the Circuit Court of Cook County Bulk Data Dissemination Policy (See Circuit Court of Cook County, General Administrative Order No. 2002-03 ("Circuit Court Dissemination Policy") and the Administrative Office of the Illinois Court's Electronic Access Policy for Circuit Court Records of the Illinois Courts, effective January 1, 2003 ("Supreme Court Dissemination Policy"), all other Rules and Orders of the Circuit Court of Cook County, and the Clerk's Bulk Electronic Data Dissemination Policy, rules and procedures.[1] The Clerk's policy is to facilitate public access to court records. To effectuate this open records policy, the Clerk hereby authorizes Requester to resell or otherwise disseminate the data as specifically authorized in this Agreement. The undersigned agrees and acknowledges that he or she will be responsible for paying all charges.

---

### Application

Requester's Name: *ChoicePoint Services Inc, its Subscribers & Affiliates*     Date: *9-24-2003*

Brand Name:[2]     *see attached*

Address: *1000 Alderman Drive*     *Alpharetta*     *GA*     *30005*
               Street                City       St.      Zip

Telephone: ( ) - ext. _____     Fax: ( ) - _____

Email: _____     Web Site: *www.ChoicePoint.Com*

Information Requested:
Civil Div. ☐   Chancery Div. ☐   Criminal ☒
Law Div. ☐   Dom. Rel. Div. ☐

Intended Use of Data:[3]   *See Attached Sheet*

---

If approved, Requester agrees to be bound by the following terms and conditions and by the statutes, rules, orders and policies set forth in the General Policy Statement at the beginning of this Agreement.

  1) The Clerk of the Circuit Court provides this service for fee in addition to the services generally provided to the public. The Clerk's performance under this Agreement is at the will of the Clerk's Office. Nothing in this Agreement is intended to

---

[1] Please note that the Clerk of the Circuit Court is not within the scope of the Freedom of Information Act.
[2] Requester must provide specific name or brand under which the data will be disseminated or otherwise used.
[3] Please be as specific as possible. Approval will be limited to the scope specifically identified in this section. Use additional sheets if necessary.

**EXHIBIT**

contractually obligate the Clerk's Office to perform or to produce the data that are the subject of this Agreement or the underlying Agreement.

2)   To ensure a balance between open and public records and individual privacy, electronic case records available for bulk distribution will include only the data as described in Appendices C and D to the Clerk's Bulk Electronic Data Dissemination Policy. No data files disseminated by the Clerk, including uniform data files, shall result from selective searches of court record data by identifying fields such as age, race, or gender. Neither the Clerk nor the requester shall select, aggregate, or manipulate certain court records in responding to any request for bulk electronic court record data, without advance written , approval by the Chief Judge.

3)   This Requester acknowledges and agrees to be bound by the letter and spirit of the requirements and policies included in the Electronic Access Policy for Circuit Court Records promulgated by the Administrative Office of Illinois Courts and the Illinois Supreme Court and the Circuit Court of Cook County's Bulk Electronic Data Dissemination Policy the terms of which are incorporated by reference herein as if the same were set forth in this document. The Requester also acknowledges and agrees to be bound by any and all changes in and amendments or additions to the aforementioned policies.

4)   This Agreement is in the nature of a license allowing the Requestor limited rights to use the data as provided for herein and under the limitations stated herein. The Requester shall not gain any proprietary right to or interest in any information or data provided pursuant to this Agreement. The Clerk authorizes Requester to disseminate data provided by the Clerk as follows (***strike out unnecessary provisions***):

(i)   Disclose via voice or paper communication to an end user. For purposes of this agreement, "end user" is defined as an individual or entity that utilizes the disclosed information for its own purposes but does not reproduce, disclose, publish on-line, sell, resell or otherwise disseminate the data or information;

ii)   Disclose electronically via a dial-up or similar on-line (Not Internet or World Wide Web) to an end user;

or

iii)  Publish the data on the Internet or World Wide Web on a fee for search basis.

Other usage guidelines or limitations:

All parties requesting bulk electronic court record data that will be resold or otherwise further disseminated to a third party shall agree in writing with the Court and the Clerk to include a disclaimer prominently displayed with each dissemination stating as follows:

**The Court does not warrant the accuracy, completeness, or currency of this data. This data is not and may not be represented as an official record of the Court or of the Clerk. The official court record may be found in the hard copy files held and maintained by the Clerk. The Clerk provides no warranties, express or implied, that the information or data is accurate, complete or correct.**

Said disclaimer shall accompany each dissemination and may be in the same format as the data being disseminated.

5)   In exchange for this authorization, Requester agrees to pay to the Clerk pursuant to the approved Bulk Data Dissemination Fee schedule or as otherwise stated as follows:        No data will be disseminated until the Requestor has paid the entire initial fee. In addition, to ensure the timeliness of data licensed to Requester, Requester agrees to purchase and apply regular updates to the records in the manner prescribed by the Clerk. The cost of the updates is included in the Bulk Data Dissemination Fee schedule. Failure to apply updates as directed shall result in the immediate termination of this Agreement and the underlying Agreement.

6)   All requesters of bulk electronic court record data which will be resold or otherwise further disseminated to a third party agree to keep court record data current as of the date of dissemination. Keeping data current shall be understood to include, but not be limited to, disseminating court record data that is in full and current compliance with all laws, court rules, and court orders concerning the sealing, impounding, and expunging of court records. Each dissemination shall also include a notice to the recipient of the calendar date on which the data was last known by the requestor to have been current.

7)   This authorization is a license revocable at the will of the Clerk. Upon termination of this license, Requester shall have no rights to make further use of the data.

8)   Requester agrees to defend, indemnify, and hold harmless the Clerk's Office, the County of Cook, and all employees and agents thereof from all loss, risk of loss, and damages (including expenses, costs, and attorney fees) sustained or incurred because of or by reason of any claims, demands, suits, actions, judgments, or executions, for damages of any kind and by whomever and whenever

2

made or obtained, allegedly caused by, arising out of, or relating in any manner to any use made of the information or data obtained under this Agreement.

## ADDITIONAL TERMS AND CONDITIONS

1. **Applicability.** The policy and conditions stated in this Agreement apply to all requests for dissemination of bulk electronic data, except for requests initiated by judges, court administrators, or clerks of the court for use in the administration or internal business of the court. The databases and files may contain information which is not disclosable by statute, rule, policy or court order. Any data disseminated pursuant to this request is data that is of public record, that is kept in the Clerk's ordinary course of business, and that is currently available in the database in a retrievable format.

2. **Review of Request.** This application is for a bulk electronic data requests only. It is not a general request for public records. The Clerk is under no obligation to perform custom programming. The Clerk reserves the right to reject any requests as unduly burdensome.

3. **Estimate and Cost.** The Requester agrees to bear the full price charged by the Clerk.

4. **Limitation of Liability.**
    a) The Clerk shall not be liable for any demand or claim, regardless of form of action, for any damages arising from causes beyond the control of and without the fault or negligence of the Clerk.

    b) The Clerk shall not be liable for any demand or claim, regardless of form of action, for any damages arising from incorrect or incomplete data.

    c) The Clerk shall not be liable for any demand or claim, regardless of form of action, for any damages arising from failing to produce the requested data within any given time frame. All response times are estimates subject to extension at the will of the Clerk's Office.

5. **Clerk's Disclaimer of Warranties.**

    **a) The Clerk provides no warranties, express or implied, that the information or data is accurate, complete or correct.**
    **b) The Clerk provides no warranties, express or implied, of any kind or of any nature whatsoever.**

The undersigned hereby agrees to be bound by all of the terms, policies, rules and conditions expressly stated herein or incorporated by reference; and further agrees to use and distribute the information only as provided in the above statement of intended use and disclosure; and further agrees to take all necessary precautions to prevent disclosure of the data without prior written approval of the Clerk. The Requester also agree to indemnify and save harmless the Clerk of the Circuit Court of Cook County's Office, the Clerk, officers, directors, employees and agents against any and all loss, damage, claim or liability whatsoever, including costs, damages, judgments, and attorneys' fees resulting or arising from or to result or to arise from, in any way, the dissemination or publication, of incorrect, inaccurate or incomplete electronic data or information.

All statements made by the undersigned herein are true.

Date ___10-1-2003___

_____
Signature

_____
Printed Name and Title

| Office Use Only |
| --- |

Bulk data Dissemination Application and Agreement
Continuation from Previous Page

Brand Names
ChoicePoint Products to include, but not limited to, the following brands:
1. FAIR (all versions)
2. Core Suite would use it thru ATXP
3. Templar thru XML Direct - ATXP
4. AutoTrackXP
5. Knowx Professional
6. ChoicePoint Online
7. myChoicePoint
8. ChoicePoint National Criminal File
9. CP Online
10. The Screening Network
11. ScreenNow
12. VolunteerSelect
13. SecurePoint
14. BTI
15. ChoiceTrust
16. KnowX
17. ClueAuto
18. Clue Property
19. Choicepoint.com
20. Choicepoint.net
21. ProCheck
22. ProID

Intended use of Data-
Identifying, locating, or verifying, people, business, assets, and licenses, in connection with insurance claims and subrogation cases, legal representation, collection activity, due diligence, fraud detection/prevention, support of law enforcement/government activities or any purposes provided pursuant to the Fair Credit Reporting Act. Such distribution shall be to end users and resellers via paper, voice, and electronic methods including distribution through the Internet.

# Separator page

## CLERK OF THE CIRCUIT COURT-MIS DIVISION
## DATA DISSEMINATION CONTACT INFORMATION SHEET

Date: September 24, 2003

Dear ChoicePoint Services Inc-:

In anticipation of the pending data dissemination relationship with the Clerk of the Circuit Court of Cook County, we need current and up-to-date contact information. Please complete this form and return to:

Robert Boyke
Clerk of the Circuit Court
Richard J. Daley Center-CL 25
50 West Washington Street
Chicago, Illinois 60602

Phone    (312)- 603-2270
Fax      (312)-603-3941
Email:
*rmboyke@cookcountycourt.com*

Please note that Mr. Boyke will serve as your point of contact with the Clerk's Office for all business and technical issues related to the dissemination of data.

### REQUESTER BUSINESS CONTACT[1]

| NAME | Randy Holmes | Telephone | 770-752-5925 |
|---|---|---|---|
| TITLE | Director, Data Strategy | Fax | 770-619-8785 |
| ADDRESS | 1000 Alderman Drive #71-n | Email | Randy.holmes@choiepoint.net |
| CITY | Alpharetta | Other | |
| STATE | GA | | |
| ZIP CODE | 30005 | | |
| | | | |

Identify preferred form of contact.

### REQUESTER TECHNICAL CONTACT *(if different than Business Contact)*

| NAME | Dennis Denwiddie | Telephone | 770-752-3973 |
|---|---|---|---|
| TITLE | Product Manager | Fax | 770-752-5968 |
| ADDRESS | 1000 Alderman Drive | Email | Dennis.Dinwiddie@choicepoint.com |
| CITY | Alpharetta | Other | |
| STATE | GA | | |
| ZIP CODE | 30005 | | |

Identify preferred form of contact.

*All communication will be directed only to the identified contacts.*
*Please note that it is the Requester's obligation to keep all contact information current.*

---

[1] For your convenience, this form is in interactive, fillable electronic format.

cook county Information sheet 9-18.doc

# CLERK OF THE CIRCUIT COURT-MIS DIVISION
## DATA DISSEMINATION CONTACT INFORMATION SHEET

Date: September 18, 2003

Dear ChoicePoint Services Inc-:

In anticipation of the pending data dissemination relationship with the Clerk of the Circuit Court of Cook County, we need current and up-to-date contact information. Please complete this form and return to:

Robert Boyke
Clerk of the Circuit Court
Richard J. Daley Center-CL 25
50 West Washington Street
Chicago, Illinois 60602

Phone    (312)- 603-2270
Fax    (312)-603-3941
Email:
*rmboyke@cookcountycourt.com*

Please note that Mr. Boyke will serve as your point of contact with the Clerk's Office for all business and technical issues related to the dissemination of data.

### REQUESTER BUSINESS CONTACT[1]

| NAME | Randy Holmes | Telephone | 770-752-5925 |
|---|---|---|---|
| TITLE | Director, Data Strategy | Fax | 770-619-8785 |
| ADDRESS | 1000 Alderman Drive #71-n | Email | Randy.holmes@choiepoint.net |
| CITY | Alpharetta | Other | |
| STATE | GA | | |
| ZIP CODE | 30005 | | |
| | | | |

Identify preferred form of contact.

### REQUESTER TECHNICAL CONTACT *(if different than Business Contact)*

| NAME | Dennis Denwiddie | Telephone | 770-752-3973 |
|---|---|---|---|
| TITLE | Product Manager | Fax | 770-752-5968 |
| ADDRESS | 1000 Alderman Drive | Email | Dennis.Dinwiddie@choicepoint.com |
| CITY | Alpharetta | Other | |
| STATE | GA | | |
| ZIP CODE | 30005 | | |

Identify preferred form of contact.

*__All communication will be directed only to the identified contacts.__*
*__Please note that it is the Requester's obligation to keep all contact information current.__*

---

[1] For your convenience, this form is in interactive, fillable electronic format.

~9326354.doc

CHOICEPOINT