IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERBERT VANSTEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 952 |
| v. | ) |
| | ) Judge Gettleman |
| CHOICEPOINT WORKPLACE SOLUTIONS, INC., | ) |
| | ) Magistrate Judge Denlow |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATED NOTICE OF DISMISSAL**

The Plaintiff HERBERT VANSTEPHENS, with agreement of Defendant CHOICEPOINT WORKPLACE SOLUTIONS, hereby dismisses all of his claims against CHOICEPOINT WORKPLACE SOLUTIONS with prejudice, each of those two parties to bear their own costs.

By: __s/Christopher Wilmes__
Christopher Wilmes
Legal Assistance Foundation of
Metropolitan Chicago
111 W. Jackson Blvd.
Third Floor
Chicago, IL 60604

By: __s/ Pamela Q. Devata__
Pamela Q. Devata
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

**SO ORDERED:**

_____
Judge

Dated:_____