# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 952 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Herbert VanStephens    vs    Choicepoint Workplace Solutions | | |

**DOCKET ENTRY TEXT:**

On stipulation, this cause is dismissed with prejudice and without costs.
Status hearing date of 9/9/2008 is stricken.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|